# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

No. 11-30029
Summary Calendar

July 15, 2011

Lyle W. Cayce
Clerk

DEWEY H. PHILLIPS,

Plaintiff-Appellant,

versus

LOUISIANA STATE OFFICE OF THE GOVERNOR,
DIVISION OF ADMINISTRATION, OFFICE OF RISK MANAGEMENT,

Intervenor-
Plaintiff-Appellee,

versus

ROOFERS MART SOUTHEAST, INCORPORATED;
CINCINNATI INSURANCE CO.; DOUGLAS P. BOUDREAUX,

Defendants-Appellees.

Appeal from the United States District Court
for the Eastern District of Louisiana
No. 2:09-CV-3691

No. 11-30029

Before DAVIS, SMITH, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

The plaintiff sued for alleged injuries suffered in a traffic accident. The jury found no negligence, and the district court denied post-verdict motions and entered judgment for defendants. On appeal, the plaintiff argues only that the court should have granted the post-verdict motions.

We affirm, essentially for the reasons stated in the district court's Order & Reasons denying the post-verdict motions. The trial raised largely questions of credibility concerning how the accident occurred. The district court's order explains why the verdict is supported by the record and the applicable law.

AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.